IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SONYA SPENCER LACKEY,         )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:21cv583-MHT
                              )          (WO)
TRANSAM TRUCKING, INC.,       )
                              )
     Defendant.               )
```

## ORDER

Based upon the agreement of the parties that this case should be remanded to state court, it is ORDERED that:

(1) Plaintiff's unopposed motion to remand (Doc. 8) is granted, and pursuant to 28 U.S.C. § 1447, this cause is remanded to the Circuit Court of Montgomery County, Alabama.

(2) Defendant's motion for partial dismissal (Doc. 3) is denied with leave to refile in state court.

(3) The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 8th day of October, 2021.

                                      /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**